IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: KATHERINE M. MENENDEZ
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Sarah Ann Carlson,

        Defendant.

| | |
|---|---|
| Case No: | 21-mj-103 KMM |
| Date: | February 1, 2021 |
| Video Conference | |
| Time Commenced: | 2:16 p.m. |
| Time Concluded: | 2:22 p.m. |
| Time in Court: | 6 minutes |

APPEARANCES:

    Plaintiff: Evan Gilead, Assistant U.S. Attorney
    Defendant: Keala Ede, Assistant Federal Public Defender
        X  FPD     X  To be appointed

    X  Advised of Rights

on  Violation of  X  Pretrial Release

X Date charges or violation filed: 11/24/2020
X Current Offense: absconded from the halfway house
X **Charges from other District:** District of North Dakota
X Title and Code of underlying offense from other District: 18:371 & 1951(a)- Hobbs Act Robbery
X Case no: 3:20-cr-123 (3) PDW

X Government moves for detention.
Motion is  X  granted, temporary detention ordered

Next appearance date is February 4, 2021 at 10:00 a.m. via video conference before U.S. Magistrate Judge Katherine M. Menendez for:
X  Detention hrg    X  Removal hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record
X Defendant consents to this hearing via video conference.

                                                                             s/SAE
                                                        Signature of Courtroom Deputy